Carol Jo Mahan, Also Known as Carol Jo Bratton, Plaintiff-Appellee, v. Jerry Mahan, Defendant-Appellant.

Gen. No. 10,995. (Abstract of Decision.)

Fourth District.

November 12, 1968.

 Unger and Stewart, of Danville, for appellant; no appearance made in behalf of appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.